UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:05-cr- 82 -FtM- DNF
21:841(a)(1)
TIMOTHY LETORD HALES, a/k/a "Mustafa", and    21:841(b)(1)(B)(iii)
CHARLES EDWARD LANE    21:846
21:853 (Forfeiture)
18:2

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on a date unknown to the Grand Jury, up to and including May 21, 2005, in Lee County, Florida, in the Middle District of Florida, the defendants herein,

TIMOTHY LETORD HALES a/k/a "Mustafa", and
CHARLES EDWARD LANE

did knowingly and willfully combine, conspire, confederate and agree with each other and other persons known and unknown to the Grand Jury, to distribute five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base, crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

### COUNT TWO

On or about May 18, 2005, in Lee County, Florida, in the Middle District of Florida, the defendants herein,

TIMOTHY LETORD HALES a/k/a "Mustafa", and
CHARLES EDWARD LANE

did knowingly and willfully possess with intent to distribute five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base, crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about May 21, 2005, in Lee County, Florida, in the Middle District of Florida, the defendants herein,

TIMOTHY LETORD HALES a/k/a "Mustafa", and
CHARLES EDWARD LANE

did knowingly and willfully possess with intent to distribute five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base, crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## FORFEITURES

1. The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 21, United States Code, Section 853.

2. From their engagement in the violations alleged in Counts One, Two, and Three of this Indictment, punishable by imprisonment for more than one year, the defendants,

TIMOTHY LETORD HALES a/k/a "Mustafa", and

CHARLES EDWARD LANE,

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

    a. Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

    b. Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

Said property, interests, claims, and contractual rights to include, but are not limited to, the following:

All real and personal property, both tangible and intangible, in which the defendants have a legal, equitable or beneficial interest.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

Dated this 17 day of August, 2005.

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
DOUGLAS MOLLOY
Assistant United States Attorney
Trial Attorney

By: _____
ROBERT P. BARCLIFT
Assistant United States Attorney
Asset Forfeiture Attorney

4

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

TIMOTHY LETORD HALES a/k/a "Mustafa", and
CHARLES EDWARD LANE

## INDICTMENT

Violations:

21 U.S.C. §§ 841(a)(1), 841 (b)(1)(B)(iii), 846, 853(forfeiture), and
18 U.S.C. § 2

A true bill,

_____
Foreperson

Filed in open court this 17th day

of August, A.D. 2005.

_____
Clerk

Bail $ _____

GPO 863 525