**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                    Case No.  2:05-cr-82-FtM-33DNF

**CHARLES EDWARD LANE**
_____

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 52) entered November 17, 2005, to which the parties have waived the 10-day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Count(s) One of the Indictment.

**Sentencing is scheduled for February 16, 2006 at 11:00 before the undersigned.**

DONE and ORDERED at Fort Myers, Florida, this <u>2nd</u>   day of December, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record